Richard LYONS, Appellant,

Pamela K. Cooper, Appellant,

v.

UNITED STATES, Appellee.

Nos. 89–CF–250, 89–CF–299.

District of Columbia Court of Appeals.

Oct. 31, 1994.

Before: WAGNER,[†] Chief Judge;
FERREN, TERRY, STEADMAN,
SCHWELB, FARRELL,[*] KING, and
SULLIVAN, Associate Judges.

ORDER

PER CURIAM.

On consideration of appellee's motion for
resumption of proceedings en banc, appel-
lee's petition for rehearing en banc, and the
responses thereto, it is

ORDERED that the motion is granted;
and it appearing that the majority of the
judges of this court has voted to grant the
petition for rehearing en banc, it is

FURTHER ORDERED that appellee's
petition for rehearing en banc is granted and
that the opinion and judgment of July 28,
1994, are hereby vacated. It is

FURTHER ORDERED that the Clerk
shall schedule this matter for argument be-
fore the court sitting en banc as soon as the
calendar permits. The parties may file sup-
plemental briefs within 30 days from the date
of this order.